UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-10-ECR-VPC |
| Plaintiff, | ) | 3:11-cv-0056-ECR |
| vs. | ) | ORDER |
| JERMAINE ALONZO MITCHELL, | ) | |
| Defendant. | ) | |

The Government's Motion for an Extension of Time to File its Response to Defendant Mitchell's Motion to Vacate Sentence (# 202), filed on February 23, 2011, is granted.

The Government is hereby granted an extension until April 14, 2011, to respond to Defendant Mitchell's Motion to Vacate Sentence (#199), filed January 24, 2011.

Dated: This 24th day of February 2011.

*Edward C. Reed*
EDWARD C. REED, JR
UNITED STATES DISTRICT JUDGE