**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:04-cr-00010-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| JERMAINE A. MITCHELL, | ) | |
| Defendant. | ) | |

Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, have filed a motion to withdraw (#230) as defendant's counsel of record. The court received and reviewed the reduction of sentence report on defendant prepared by probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014, as he was sentenced pursuant to an enhanced and statutory requirement of Life imprisonment.

The court appointed defendant counsel to determine whether he qualifies for a reduction of sentence. Based upon probation's report, counsel does not intend to file a motion for a reduction. The court

1

1 will therefore grant the motion to withdraw.

2     Prior to the appointment of counsel, defendant filed a motion for
3 sentence reduction under 18 U.S.C. § 3582(c)(2).  The court does not
4 find a response from the United States Attorney's office is necessary
5 for a ruling on defendant's motion.  Defendant was sentenced pursuant
6 to an enhanced and statutory requirement of Life imprisonment and is
7 therefore ineligible for a sentence reduction.

8     Accordingly, defendant's motion to withdraw (#230) is **GRANTED**.

9     Furthermore, defendant's motion for sentence reduction under 18
10 U.S.C. § 3582(c)(2)(#226) is **DENIED**.

11     IT IS SO ORDERED.

12     DATED: This 9th day of March, 2016.

*[signature: Howard D. McKibben]*

UNITED STATES DISTRICT JUDGE

2