UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:04-cr-00010-HDM-VPC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JERMAINE MITCHELL, | |
| Defendant. | |

On June 19, 2020, the defendant filed a notice of appeal of the court's amended judgment in this action. However, the time for filing a notice of appeal expired on June 4, 2020. Federal Rule of Appellate Procedure 4(b)(4) authorizes the court to extend the period of time to file a notice of appeal upon a finding of good cause or excusable neglect. Pursuant to the order of the Court of Appeals for the Ninth Circuit, the defendant shall have until July 2, 2020, within which to file a motion for extension of time to file a notice of appeal, setting forth a basis on which the court might find good cause or excusable neglect for the failure to file a timely notice of appeal.  The government shall have until July 7, 2020, to file any opposition to the defendant's motion.

IT IS SO ORDERED.

DATED: This 25th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE