UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:04-cr-00010-HDM-VPC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| JERMAINE MITCHELL, | |
| Defendant. | |

The defendant has filed a motion for extension of time to file a notice of appeal pursuant to Federal Rule of Appellate Procedure 4(b)(4) (ECF No. 248). The government does not oppose. (ECF No. 249).

In light of the difficulties counsel and the defendant have had in communicating due to the COVID-19 epidemic, the court finds good cause to extend the time for the defendant to file a notice of appeal of the court's May 21, 2020, judgment reducing his sentence pursuant to the First Step Act of 2018, S. 756, 115th Cong. (2018). The appeal filed on June 19, 2020, is therefore deemed timely. The Clerk of the Court shall transmit a copy of this order to the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

DATED: This 29th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE

1