UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:04-cr-00010-HDM-VPC |
| Plaintiff, | |
| v. | ORDER |
| JERMAINE MITCHELL, | |
| Defendant. | |

On July 28, 2022, the court received a letter from the defendant inquiring whether a recent Supreme Court opinion applies to his case and, if so, requesting appointment of counsel to pursue relief. As the court does not render advisory opinions, the defendant's request for advice is DENIED. Further, because the Ninth Circuit recently affirmed the court's decision and the Supreme Court, within the last two months, denied certiorari, the defendant's request for appointment of counsel is also DENIED.

IT IS SO ORDERED.

DATED: This 2nd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE