JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE ALONZO MITCHELL,<br><br>Defendant. | Case No. 3:04-cr-10-HDM-CLB<br><br>**ORDER GRANTING**<br>**Stipulation to Extend Deadlines**<br>**Regarding Defendant's Motion (First Request)** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Wendi Overmyer, Assistant Federal Public Defender, counsel for Defendant Jermaine Alonzo Mitchell, that the government's deadline to respond to Mitchell's Motion for Compassionate Release under the First Step Act, ECF No. 275, currently set for September 10, 2024, be extended until October 11, 2024.

1. Davis filed his motion on August 27, 2024, so the government's current deadline to file a response is September 10, 2024.

2. However, the undersigned government counsel just returned from a two-week vacation on September 3, 2024, and also has three answering briefs due in September for three cases in the Ninth Circuit, which will take significant amount of time to prepare.

3.  Government counsel reached out to defense counsel, and defense counsel graciously agreed on a new response deadline of October 11, 2024.

4.  As such, the government respectfully ask this Court to grant an extension, until October 11, 2024, for the government to respond to Mitchell's Motion for a Sentence Reduction.

DATED this 4th day of September, 2024.

JASON M. FRIERSON
United States Attorney

| _s/Jim W. Fang_ | _s/ Wendi Overmyer_ |
|---|---|
| JIM W. FANG | WENDI OVERMYER |
| Assistant United States Attorney | Assistant Federal Public Defender |
| *Counsel for the United States* | *Counsel for Mitchell* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE ALONZO MITCHELL,<br><br>Defendant. | Case No. 3:04-cr-10-HDM-CLB |

**ORDER**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Government's response to defendant's Motion for Compassionate Release, ECF No. 275, shall be filed and served on or before October 11, 2024.

DATED this __6th__ day of September, 2024.

_____
HONORABLE HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE