JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE ALONZO MITCHELL,<br><br>Defendant. | Case No. 3:04-cr-10-HDM-CLB<br>ORDER GRANTING<br>**Stipulation to Extend Deadlines Regarding Defendant's Motion (Second Request)** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, and Wendi Overmyer, Assistant Federal Public Defender, counsel for Defendant Jermaine Alonzo Mitchell, that the government's deadline to respond to Mitchell's Motion for Compassionate Release under the First Step Act, ECF No. 275, currently set for October 11, 2024, be extended until December 11, 2024.

1.  Mitchell filed his motion on August 27, 2024. The parties previously agreed to extend the government's response deadline to October 11, 2024, which this Court granted. ECF No. 278.

2.  Thereafter, the government learned that Mitchell is being considered for clemency by the Office of the Pardon Attorney. If Mitchell is granted clemency, he will be

released, and the instant motion becomes moot. As such, the parties agree to continue the response deadline for two months, to allow the clemency process to play out.

      3.      Therefore, the parties respectfully ask this Court to grant an extension, until December 11, 2024, for the government to respond to Mitchell's Motion for a Sentence Reduction.

DATED this 1st day of October, 2024.

JASON M. FRIERSON
United States Attorney

 s/Jim W. Fang                                s/ Wendi Overmyer
JIM W. FANG                                        WENDI OVERMYER
Assistant United States Attorney        Assistant Federal Public Defender
*Counsel for the United States*              *Counsel for Mitchell*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

  Plaintiff,

v.

JERMAINE ALONZO MITCHELL,

  Defendant.

Case No. 3:04-cr-10-HDM-CLB

### ORDER

  Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, IT IS HEREBY ORDERED that the Government's response to defendant's Motion for Compassionate Release, ECF No. 275, shall be filed and served on or before December 11, 2024.

  DATED this __2nd__ day of October, 2024.

_____
HONORABLE HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE